ACCEPTED
15-25-00115-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/10/2025 11:52 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00115-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/10/2025 11:52:44 AM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

TEXAS ASSOCIATION OF SCHOOL BOARDS RISK MANAGEMENT FUND
*APPELLANT,*

V.

SOUTHWEST TEXAS JUNIOR COLLEGE
*APPELLEE.*

On Appeal from Val Verde County 83rd Judicial District,
Judge Robert E. Cadena Presiding, Cause No. 2023-0279-CIV

APPELLEE'S UNOPPOSED MOTION
FOR 14-DAY EXTENSION TO FILE APPELLEE'S BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellee, Southwest Texas Junior College ("Appellee") respectfully requests a 14-day extension of time to file Appellee's Brief and respectfully states as follows:

1. This is an appeal from the trial court's Denial of Appellant's Motion for Partial Plea to the Jurisdiction. Appellee's Brief is currently due on July 14, 2025.

2. Under Rule 10.5(b) and Rule 38.6(d) of the Texas Rules of Appellate Procedure, this Court may extend time for filing a brief of appellee. By this motion, Appellee seeks

1

a 14-day extension of time to file its brief, making it due Monday, July 28, 2025.

3.    The undersigned counsel Vincent Circelli has been preparing the brief, but will not be able to complete the brief by July 14, 2025, for the following reasons:

a.    On June 27, 2025, this case was transferred from the Fourth Court of Appeals to the Fifteenth Court of appeals. In light of this recent transfer, counsel for Southwest Texas Junior College requires additional time to review and ensure full compliance with the Fifteenth Court's local rules and procedures prior to filing.

b.    Counsel for Appellee also has many obligations related to other ongoing cases with important litigation deadlines and activities in the days leading up to the current deadline to file Appellee's Brief that required or will require significant attention from Appellee's counsel, Vincent Circelli, including:

    i.    June 30, 2025, full-day mediation in Cause No. 5:24-cv-00038; *Landmark American Insurance Company v. Gargoyle Management, Inc.*; In the United States District Court for the Northern District of Texas, Lubbock Division;

    ii.    July 7, 2025, Roy Young deposition in Cause No. 4:24-cv-00949-P; *First Baptist Church Mineral Wells v. Brotherhood Mutual Insurance Company*; In the United States District Court for the Northern District of Texas, Fort Worth Division;

iii. July 7, 2025, Justin Long deposition in Cause No. 4:24-cv-00949-P; *First Baptist Church Mineral Wells v. Brotherhood Mutual Insurance Company*; In the United States District Court for the Northern District of Texas, Fort Worth Division;

iv. July 9, 2025, Patrick Snowden deposition in Cause No. 4:24-cv-00949-P; *First Baptist Church Mineral Wells v. Brotherhood Mutual Insurance Company*; In the United States District Court for the Northern District of Texas, Fort Worth Division;

v. July 10, 2025, Brad Mahon deposition in Cause No. 4:25-cv-00114-O; *707 FWY Investments, LLC v. Ategrity Specialty Insurance Company*; In the United States District Court for the Northern District of Texas, Fort Worth Division;

vi. July 11, 2025, JJ Johnson deposition in Cause No. 4:24-cv-00949-P; *First Baptist Church Mineral Wells v. Brotherhood Mutual Insurance Company*; In the United States District Court for the Northern District of Texas, Fort Worth Division;

vii. July 14, 2025 Response to Motion for Summary Judgment filing in Civil Action No. 4:24-CV-00707; *Connecting Point Church v. Church Mutual Insurance Company*; In the United States District Court for the Southern District of Texas, Houston Division;

viii. July 14, 2025 Response to Motion to Exclude filing in Civil Action No.

4:24-CV-00707; *Connecting Point Church v. Church Mutual Insurance Company*; In the United States District Court for the Southern District of Texas, Houston Division;

ix. July 14, 2025, Travis Pechacek deposition in Cause No. 4:24-cv-00949-P; *First Baptist Church Mineral Wells v. Brotherhood Mutual Insurance Company*; In the United States District Court for the Northern District of Texas, Fort Worth Division;

x. July 14, 2025, Seth Fisher deposition in arbitration proceeding Case Number 01-24-0000-0917; *Longboat Energy, LLC, Cottonwood Minerals, LLC, And Melissa Nolley Adams, as Beneficiary and as Personal Representative of the Estate of Gary Clark Adams*; in Tulsa, Oklahoma.

4. In addition, for those lawsuits already filed of which the undersigned counsel is also lead counsel, counsel must still prepare initial disclosures, expert disclosures, respond to discovery, and prepare for upcoming trial settings. Therefore, the undersigned will have even less time to review, research, draft, and edit Appellee's brief.

5. This request is not made for purposes of delay but so that the issues may be properly presented and fully briefed.

6. This is Southwest Texas Junior College's first request for an extension of time to file its Appellee's Brief.

7. Counsel for Southwest Texas Junior College has conferred with Texas Association of School Boards Risk Management Fund's counsel who does not oppose the requested 14-day extension.

## PRAYER

For the foregoing reasons, Appellee Southwest Texas Junior College respectfully requests the Court grant this motion for an additional 14 days in which to file its Appellant's Brief, up to and including Monday, July 28, 2025.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Andrew D. Spadoni
State Bar No. 24109198
aspadoni@dcclawfirm.com

**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.,
Fort Worth, Texas 76107
Telephone: (817) 817-7000
Facsimile: (682) 219-0761

**COUNSEL FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellants regarding the substance of this Motion via email on July 10, 2025. Counsel for Appellants indicated Appellant is unopposed to the requested relief.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was e- served to the following counsel on July 10, 2025, through the electronic case filing system:

Jack W. Higdon
Jack.higdon@blankrome.com
Gregory J. Moore
Greg.moore@blankrome.com
Christopher W. Caudill
Christopher.caudill@blankrome.com

**BLANK ROME LLP**
717 Texas Avenue, Suite 1400
Houston, Texas 77002-2727
Telephone: (713) 228-6601

**COUNSEL FOR APPELLANT**

/s/ *Vincent P. Circelli*
Vincent P. Circelli

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jen Saenz on behalf of Vincent  Circelli
Bar No. 24058804
jen@pjdlawfirm.com
Envelope ID: 102973802
Filing Code Description: Motion
Filing Description: Appellee's Unopposed Motion for 14-Day Extension to File Appellee's Brief
Status as of 7/10/2025 11:56 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Gregory Moore | 24055999 | greg.moore@blankrome.com | 7/10/2025 11:52:44 AM | NOT SENT |
| Jack Higdon | 24007360 | JHigdon@BlankRome.com | 7/10/2025 11:52:44 AM | NOT SENT |
| Christopher Caudill | 24104717 | christopher.caudill@blankrome.com | 7/10/2025 11:52:44 AM | NOT SENT |
| Amy Easley | | aeasley@dcclawfirm.com | 7/10/2025 11:52:44 AM | NOT SENT |
| Andrew Spadoni | | aspadoni@dcclawfirm.com | 7/10/2025 11:52:44 AM | NOT SENT |
| Jennifer Saenz | | jsaenz@dcclawfirm.com | 7/10/2025 11:52:44 AM | NOT SENT |
| Preston Dugas III | | pdugas@dcclawfirm.com | 7/10/2025 11:52:44 AM | NOT SENT |
| Vincent PCircelli | | vcircelli@dcclawfirm.com | 7/10/2025 11:52:44 AM | NOT SENT |
| Sarah Arroyo | | sarroyo@dcclawfirm.com | 7/10/2025 11:52:44 AM | NOT SENT |